*Miller & Jones* and *O. C. Hancock,* for plaintiffs in error.
*A. C. Riley,* contra.

---

## SOUTHERN RAILWAY COMPANY *v.* PRUETT.

BECK, J. No question other than that of the sufficiency of the evidence to support the verdict is raised in the record; and it appearing upon consideration of the evidence that it was sufficient to authorize the finding of the jury, the judgment of the court below is affirmed.
                    *Judgment affirmed. All the Justices concur.*
                              SEPTEMBER 24, 1912.

Action for damages. Before Judge Brand. Gwinnett superior court. June 21, 1911.

*John J. & Roy M. Strickland, E. O. Dobbs,* and *F. M. Byrd,* for plaintiff in error. *C. L. Harris* and *O. A. Nix,* contra.